**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

NORLAN ALEXIS ZEPEDA OCHOA,

Petitioner,

v. CIVIL ACTION NO. 3:26-00715

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

## ORDER

Pending before the Court is Petitioner's Motion to Modify Order to Show Cause. ECF No. 6. Petitioner has been released from custody and believes it appropriate to vacate the current briefing schedule and hearing date in this matter. Petitioner requests leave of Court to amend the Petition, should it not be dismissed, by Monday, November 9, 2026.

For the foregoing reasons, the Court **GRANTS** Petitioner's Motion, ECF No. 6. The current briefing schedule and hearing is hereby **VACATED**. The Court **ORDERS** Petitioner to either file an Amended Petition or dismissal **Today, November 9, 2026**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 9, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE